**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILLS & GENTILE,<br><br>Plaintiffs,<br><br>v.<br><br>SHOWTIME NETWORKS, INC.,<br><br>Defendants. | Case No.  CV 10-952-GW(JCx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: August 2, 2010

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE**